# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152851(48)

GEORGE K. TRUCHAN,
      Plaintiff-Appellant,

v

                         SC: 152851

CHARTER TOWNSHIP OF ADRIAN, JIM   COA: 323624
KOEHN, and RICHARD L. GERMOND,   Lenawee CC: 2012-004423-CZ
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before February 15, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2016

